Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SEAN P. LAWLER,

    Defendant.

Case No.: CR 24-5246 BHS

ORDER PERMITTING WITHDRAWAL OF COUNSEL

This matter comes before the Court upon a stipulation for an order permitting Joshua Lowther and Katryna Spearman of LOWTHER WALKER LLC, and Christopher Black of BLACK & ASKEROV PLLC to withdraw as counsel of record for Mr. Lawler. Based on the facts set forth in the stipulation, the Court permits Mr. Lowther, Ms. Spearman, and Mr. Black to withdraw as counsel and orders that they and their firm are withdrawn.

Dated this 11th day of April, 2025.

_____
The Honorable Benjamin H. Settle
United States District Judge

ORDER PERMITTING WITHDRAWAL OF COUNSEL - 1
(*United States v. Lawler,* CR24-5246 BHS)

**MUTH ATWOOD PLLC**
1000 Second Avenue, Suite 2530
Seattle, Washington 98104
TEL: 206-682-3053
fax: 206-267-0349

Respectfully submitted this 8th day of April, 2025.

<table>
<tr><td>

*s/Amy Muth*
Amy Muth
Substituting Attorney
MUTH ATWOOD PLLC
1000 Second Avenue, #2530
Seattle, WA 98104
206-682-3053
Email: amy@muthatwood.com

</td><td>

*s/ Christopher Black*
Christopher Black
Withdrawing Attorney
BLACK & ASKEROV PLLC
705 Second Avenue, #1111
Seattle, WA 98104
206-623-1604
Email: chris@blacklawseattle.com

</td></tr>
<tr><td>

*s/Joshua Lowther*
Joshua Lowther
Withdrawing Attorney, *Pro Hac Vice*
LOWTHER WALKER LLC
Centennial Tower
101 Marietta St. NW, #3650
Atlanta, GA 30303
404-496-4052
Email: jlowther@lowtherwalker.com

</td><td>

*s/Katryna Spearman*
Katryna Spearman
Withdrawing Attorney, *Pro Hac Vice*
LOWTHER WALKER LLC
Centennial Tower
101 Marietta St. NW, #3650
Atlanta, GA 30303
404-496-4052
Email: kspearman@lowtherwalker.com

</td></tr>
</table>

*s/Matthew Hampton*
Matthew Hampton
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICTION OF WASHINGTON
700 Stewart Street, #5250
Seattle, WA 98101
206-553-6677
Email: Matthew.Hampton@usdoj.gov

ORDER PERMITTING WITHDRAWAL OF COUNSEL - 2
(*United States v. Lawler,* CR24-5246 BHS

**MUTH ATWOOD PLLC**
1000 Second Avenue, Suite 2530
Seattle, Washington 98104
TEL: 206-682-3053
fax: 206-267-0349

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties registered with the CM/ECF system.

*/s/ Danica Wettland*
Danica Wettland
Paralegal for Amy Muth

CERTIFICATE OF SERVICE - 1

**MUTH ATWOOD PLLC**
1000 Second Avenue, Suite 2530
Seattle, Washington 98104
TEL: 206-682-3053
fax: 206-267-0349